UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LUCILLE GREEN, ET AL

VERSUS

JERRY GOODWIN, ET AL

CIVIL ACTION

NO. 00-770-BAJ-CN

**RULING**

The Court, after carefully considering the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 11, 2011 (doc. 195), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the motion to set aside and vacate default judgment pursuant to Fed. R. Civ. P. 60(b)(6) (doc. 184) filed by defendant, Jason Sunstein, is denied.

Baton Rouge, Louisiana, October 31, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA